655 A.2d 503

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Michael B. SEGAL, Respondent.**

**No. 907, Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Feb. 15, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of February, 1995, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 19, 1994, it is hereby

ORDERED that MICHAEL B. SEGAL be and he is DISBARRED from the Bar of this Commonwealth and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.